NICOLE B. REIMER (SBN 326339)
**SAVAGE, REIMER & ASSOCIATES, LLP**
1550 Humboldt Road, Suite 4
Chico, CA 95928
Office: (530) 809-1851
Email: nreimer@sralawoffice.com

Attorney for Plaintiff,
RAYGOZA & SON HAY INC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

RAYGOZA & SON HAY INC., a California corporation,

PLAINTIFF,

v.

OREGON ROAD RUNNER LLC, an Oregon limited liability company; SUNNY D MANUFACTURING CO., INC., an Oregon corporation; EDWARD MAJORS, an individual; DENNIS HICKEY, JR., an individual; and DOES 1-50, inclusive,

DEFENDANTS.

Case No. **2:26-CV-2462-TLN-CSK**

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE

The Court, having considered Plaintiff's Ex Parte Application for Extension of Time to Effectuate Service, the Memorandum of Points and Authorities, and the supporting declaration and declaration of nonservice, orders as follows under Federal Rule of Civil Procedure 4(m):

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Application is GRANTED.

The deadline for Plaintiff to serve the summons and complaint on Oregon Road Runner LLC and Dennis Hickey, Jr. is extended up to and including December 22, 2026. This order extends time only and does not approve any particular method of service or adjudicate the validity of any service

attempt.

IT IS SO ORDERED.

Dated: October 23, 2026

Troy L. Nunley
Chief United States District Judge